Eurus Kelly **WATERS**, Petitioner–Appellant,

v.

Walter **ZANT**, Warden, Georgia Diagnostic and Classification Center, Respondent–Appellee.

No. 88–8935.

United States Court of Appeals, Eleventh Circuit.

Dec. 22, 1993.

James M. Doyle, Deputy Chief Counsel, Public Counsel Div., the Com. of Mass., Committee for Public Counsel Services, Boston, MA and Wade W. Herring, II, Savannah, GA, for petitioner-appellant.

Paula Smith, Asst. Atty. Gen., Atlanta, GA, for respondent-appellee.

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, and CARNES, Circuit Judges.[*]

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges of this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this Court en banc. The

---

[*] Senior U.S. Circuit Judge Thomas A. Clark has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

previous panel's opinion is hereby VACAT-
ED.